# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ayanna Smith | : | |
| | : | |
| | : | BANKRUPTCY NO.: 17-17495-AMC |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw docket number 42, the Objection to Motion for Relief.

Jensen Bagnato, P.C.

BY: /s/Erik B. Jensen
JENSEN BAGNATO, P.C
1500 Walnut Street, Ste 1920
Philadelphia, PA 19102
Telephone: 215-546-4700

Date: May 30, 2018                                Attorney for the Debtor