# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17495-AMC

AYANNA  SMITH

6126 HAZEL AVE

PHILADELPHIA, PA 19143

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    AYANNA  SMITH

    6126 HAZEL AVE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                             /S/ William C. Miller

Date: 6/7/2018
                             _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee