```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-17495-amc
Ayanna Smith                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                  Page 1 of 2                  Date Rcvd: Nov 07, 2018
                              Form ID: pdf900              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db             +Ayanna Smith,    6126 Hazel Avenue,    Philadelphia, PA 19143-2225
14013090      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
14116595       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14013091       +Bankamerica,    4909 Savarese Cir,   Tampa, FL 33634-2413
14013094       +Jensen Bagnato, P.C.,    1500 Walnut Street,    Suite 1920,   Philadelphia, PA 19102-3509
14097804       +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14058799       +TD Bank NA,    c/o Martin A. Mooney, Esq.,   950 New Loudon Rd., Ste. 109,
                Latham, NY 12110-2190
14058176       +TD Bank, N.A.,    Payment Processing,    PO Box 16029,   Lewiston, ME 04243-9507
14013100       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:11     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14013089       +E-mail/Text: EBNProcessing@afni.com Nov 08 2018 02:37:58     Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
14096820        E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:11     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
14013092       +E-mail/Text: csd1clientservices@cboflanc.com Nov 08 2018 02:38:21     Cb Lancaster,
                218 West Orange St,    Lancaster, PA 17603-3746
14013093       +E-mail/Text: bknotice@ercbpo.com Nov 08 2018 02:37:57     Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14013095        E-mail/Text: camanagement@mtb.com Nov 08 2018 02:37:37     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
14089058        E-mail/Text: camanagement@mtb.com Nov 08 2018 02:37:37     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
14013096       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 02:37:53     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14014174        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 02:39:29
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14013097       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 03:02:07
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14013098       +E-mail/Text: bankruptcy@sw-credit.com Nov 08 2018 02:37:55     Southwest Credit Syste,
                4120 International Pkwy,    Carrollton, TX 75007-1958
14013099        E-mail/Text: bankruptcy@td.com Nov 08 2018 02:37:56     Td Bank N.a.,    32 Chestnut St,
                Lewiston, ME 04240
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Nov 07, 2018
                              Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Ayanna   Smith akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Ayanna Smith | : | |
| Debtor | : | Bankruptcy No. 17-17495-amc |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Erik B. Jensen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on November 6, 2018 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on  December 4,  , 2018, at  11:00 a.m.  in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  November 20, 2018  .

**Date: November 6, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Erik B. Jensen, Esquire
      Jensen Bagnato, P.C.
      1500 Walnut Street, Suite 1920
      Philadelphia, PA 19102

      Ayanna Smith
      6126 Hazel Avenue
      Philadelphia PA 19143

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119