IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ayanna Smith | : | |
| | : | No. 17-17495-amc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that a true and correct copy of the Court Order dated November 6, 2018 was served upon all creditors and interested parties on November 13, 2018.

Date: November 13, 2018            /s/ Erik B. Jensen
                                                             Erik B. Jensen, Esquire
                                                             *Attorney for Debtor*