United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17495-amc
Ayanna Smith                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1            Date Rcvd: Dec 04, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Ayanna Smith,    6126 Hazel Avenue,    Philadelphia, PA 19143-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor Ayanna  Smith akeem@jensenbagnatolaw.com,
       gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    M & T BANK bkgroup@kmllawgroup.com
      MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
       ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Ayanna Smith

13

Bky No. 17-17495-AMC

Debtor(s).

**ORDER**

**AND NOW,** this  4th  day of  December      , 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,000.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
_ Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:   Jensen Bagnato, P.C.
      **ERIK B. JENSEN, ESQUIRE**
      **1500 Walnut Street**
      **Suite 1920**
      **Philadelphia, PA   19102**

      William C. Miller, Esquire
      Chapter 13 Trustee
      Post Office Box 40119
      Philadelphia, PA 19106

******************************************

      Ayanna Smith
      6126 Hazel Avenue
      Philadelphia, PA 19143